UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

10 MAPLE ASSOCIATES, LLC,                                  No. 11-13639

                               Debtor(s).
_____/

10 MAPLE ASSOCIATES, LLC,

                               Plaintiff(s),

          v.                                                               A.P. No. 11-1283

WESTAMERICA BANK,

                               Defendant(s).
_____/

Supplemental Memorandum on Motion for Partial Summary Judgment
_____

      The seventh and ninth claims of the complaint allege that defendant obtained liens on the debtor's property and the debtor made other transfers for no consideration, but do not allege that the debtor was insolvent or that the transfers were made with intent to hinder, delay or defraud. Accordingly these claims will be dismissed, with leave to amend. Counsel for defendant shall submit an appropriate form of order.

Dated: April 4, 2012

                                                            Alan Jaroslovsky
                                                            U.S. Bankruptcy Judge